IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMCAP MORTGAGE, LTD., § | |
|     Plaintiff, § | |
| § | |
| § | CIVIL ACTION NO. 5:24-CV-01245 |
| vs. § | |
| § | |
| RIGHT START MORTGAGE, INC., § | |
|     Defendant. § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties file this Joint Stipulation of Dismissal and request the Court enter an Order dismissing this action with prejudice. The parties have reached an agreement resolving their dispute and have agreed that each party will bear its own attorneys' fees and costs.

                Respectfully submitted,

                MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

                */s/ James M. Cleary, Jr.*
                W. Jackson Wisdom
                State Bar No. 21804025
                Federal ID No. 13756
                wisdom@mdjwlaw.com
                808 Travis, Suite 1100
                Houston, Texas 77002
                Telephone: (713) 632-1700
                Facsimile: (713) 222-0101

                **ATTORNEY-IN-CHARGE FOR PLAINTIFF**
                **AMCAP MORTGAGE, LTD.**

**OF COUNSEL:**
Dale Jefferson
Texas Bar No. 10607900
Federal ID No. 9116
jefferson@mdjwlaw.com
Nathan Wesely
State Bar No. 21193200

Federal ID No. 9452
wesely@mdjwlaw.com
James M. Cleary, Jr.
State Bar No. 00783838
Federal ID No. 15499
cleary@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

JACKSON WALKER LLP

*/s/ G. Scott Fiddler signed by permission JMC*
G. SCOTT FIDDLER
*Attorney-in-Charge*
Texas State Bar No. 06957750
Federal ID No. 12508
sfiddler@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Tel.: 713-752-4217
Fax: 713-754-6717

**ATTORNEY FOR DEFENDANT**
**RIGHT START MORTGAGE, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded *via* e-filing pursuant to Fed. R. Civ. P. 5, on December 11, 2025 as follows:

G. Scott Fiddler                                                                    *Via E-Mail*: sfiddler@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010

　　　　　　　　　　　　　　　　　　　　　　　 */s/ James M. Cleary, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　James M. Cleary, Jr.